UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────X

TEON BRUMMEL,

        Petitioner,

    - against -                      ORDER
                                        15-CV-3399 (JG)
MICHAEL CAPRA,

        Respondent.
──────────────────────────────────────X

JOHN GLEESON, United States District Judge:

        On June 8, 2015, petitioner Teon Brummel, proceeding *pro se*, submitted a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His submission, however, did not include the filing fee or a request to proceed *in forma pauperis* ("IFP"). By Order dated July 1, 2015, I granted petitioner's request to file an amended petition and gave him until August 31, 2015 to submit an amended petition and the $5.00 filing fee or an IFP request. Petitioner has not complied with the Order and the time for doing so has passed. In light of his *pro se* status and the strict filing requirements of federal habeas law, I grant Petitioner additional time to comply with the filing requirements and to file an amended petition. Petitioner has until December 15, 2015 to submit the $5.00 filing fee or to submit an IFP request. He may also file an Amended Petition by that date. The Clerk of Court shall mail petitioner a § 2254 form and its attachments. If the Court does not receive petitioner's IFP application or filing fee by December 15, 2015, the petition will be dismissed without prejudice. No response from respondent to this petition is required at this time.

So ordered.

                                                        JOHN GLEESON  
                                                      United States District Judge

Dated:  November 9, 2015  
         Brooklyn, New York