UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

TEON BRUMMEL,

        Petitioner,

    - against -                              ORDER
                                                    15-CV-3399 (JG)
MICHAEL CAPRA,

        Respondent.
───────────────────────────────X

JOHN GLEESON, United States District Judge:

      On June 8, 2015, petitioner, Teon Brummel, proceeding *pro se*, submitted this petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His submission, however, did not include the filing fee or a request to proceed *in forma pauperis* ("IFP"). By Order dated July 1, 2015, I granted petitioner's request to file an amended petition and gave him until August 31, 2015 to submit both an amended petition and either the $5.00 filing fee or an IFP request. Petitioner did not comply with that order. Given his *pro se* status and the strict filing requirements of federal habeas law, by Order dated November 9, 2015, I granted Petitioner additional time, until December 15, 2015, to comply with the filing requirements and to file an amended petition. The Order further stated that "[i]f the court does not receive petitioner's IFP application or filing fee by December 15, 2015, the petition will be dismissed without prejudice." Petitioner has not complied with the filing requirements and the time for doing so has passed. Accordingly, the action is dismissed without prejudice.

So ordered.

                                                                    JOHN GLEESON
                                                                    United States District Judge

Dated: Brooklyn, New York
          January 12, 2016